ERIC J. MESSERSMITH # 170912
50 California Street, 15th Floor
San Francisco, CA 94111
Office: (415) 351-1600
Facsimile: (415) 351-1604
Attorney for Defendant Larry Ronald Brooks

FILED
2005 JUN 14 P 12:08
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____ DEPUTY

UNITED STATES OF AMERICA DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>LARRY RONALD BROOKS<br><br>Defendant. | Case No. CR F 95-5143 OWW<br><br>PROPOSED ORDER REGARDING TERMINATION OF THE SUPERVISED RELEASE OF LARRY RONALD BROOKS<br><br>Date: June 13, 2005<br>Time: 1:30 PM<br>Dept: 2 |

GOOD CAUSE APPEARING from the Declarations of counsel ERIC J. MESSERSMITH and LARRY RONALD BROOKS, defendant, and any further evidence admitted by this Honorable Court:

IT IS HEREBY ORDERED that the February 5, 2002 Supervised Release of LARRY RONALD BROOKS, so Ordered by the Honorable Oliver W. Wanger is hereby terminated.

IT IS FURTHER ORDERED that Mr. Brooks is released from any further obligation, in this matter, to report to probation.

Dated: 6-13-05

_____
Oliver W. Wanger Justice of The United States of America Eastern District Court of California